UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 24 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ANDRES ROLANDO BENALCAZAR BENAVIDES; et al.,<br><br>Petitioners,<br><br>v.<br><br>TODD BLANCHE, Attorney General,<br><br>Respondent. | No. 26-2420<br><br>Agency Nos.<br>A246-971-752<br>A246-971-753<br>A246-971-754<br>A246-971-755<br>A246-971-756<br><br>ORDER |

Before: OWENS, COLLINS, and SUNG, Circuit Judges.
Order by Judges OWENS and SUNG; Dissent by Judge COLLINS.

The motion (Docket Entry No. 17) for summary disposition is denied because the questions raised by this petition are sufficient to warrant full briefing. *See United States v. Hooton*, 693 F.2d 857, 858 (9th Cir. 1982).

The motion (Docket Entry No. 2) to stay removal is granted. *See Nken v. Holder*, 556 U.S. 418, 434 (2009); *Leiva-Perez v. Holder*, 640 F.3d 962, 964-65 (9th Cir. 2011).

The answering brief is due November 2, 2026. The optional reply brief is due 21 days after the answering brief is served.

Judge Collins dissents and would grant the motion for summary disposition and deny the motion to stay removal.